| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | CASE NUMBER *(Tran. Court)* 2:04CR00115-01 |
|---|---|---|
| | | CASE NUMBER *(Rec. Court)* 07CRIM. 346 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Wanda Colon 2244 Morris Avenue Apartment 3-B Bronx, NY 10453 | DISTRICT Eastern District of Pennsylvania | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Mary A. McLaughlin | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM February 21, 2006 | TO February 20, 2009 |

OFFENSE

Alien smuggling (Count One)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/11/07
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of New York

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 2 6 2007

Effective Date

_____
United States District Judge

[Stamp: JUDGE DANIELS]
[Stamp: DOCUMENT ELECTRONICALLY FILED APR 2 6 2007]