REQUEST FOR COURT ACTION / DIRECTION



| | | |
|---|---|---|
| TO: | James Molinelli<br>Clerk's Office-5th Floor | OFFENSE:<br>ALIEN SMUGGLING [8:1324(a)(2)(B)(ii)]<br><br>ORIGINAL SENTENCE:<br>Three (3) Years Probation; $100 Special Assessment |
| FROM: | Brian M. McNulty<br>U.S. Probation Officer | SPEC. CONDITIONS: Defendant shall participate in a drug and alcohol aftercare program which may include urine testing at the direction and discretion of the Probation Office. Supervision of defendant is transferred to the Southern District of New York and the Court will retain jurisdiction of this case. |

RE:     COLON, Wanda
        Docket # 2:04CR00115-01

**07 CRIM. 346**

DATE OF SENTENCE:  2/21/2006

DATE:  April 19, 2007

ATTACHMENTS:   PSI X    JUDGMENT X

REQUEST FOR:   COURT DIRECTION   X

---

*Request for Acceptance of Jurisdiction*

This offender was sentenced in the Eastern District of Pennsylvania on February 21, 2006 as outlined above. Ms. Colon was sentenced to three (3) years Probation which commenced on above date. On April 11, 2007, the Eastern District of Pennsylvania initiated a transfer of jurisdiction with their Court, based on her permanent residence in this district.

Enclosed please find Probation Form(s) 22 signed on April 11, 2007 by the Honorable Mary A. McLaughlin, U.S. District Judge for the Eastern District of Pennsylvania, ordering that their Court records be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction.

Wanda Colon                                                                P42742-BMM
Docket No. 2:04CR00115-01
Page 2

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached forms (Probation 22), be endorsed and returned to our office.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

*/s/ Brian M. McNulty (cjs)*

Brian M. McNulty
U.S. Probation Officer
212-805-5055

Approved by: __*/s/ Avriel G. George 4-19-07 (cjs)*__
                Avriel G. George         Date
                Supervising U.S. Probation Officer